# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-50439
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
July 22, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Angel Renee Sanchez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:24-CR-1884-1

_____

Before Wiener, Stewart, and Richman, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Angel Renee Sanchez has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50439

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.